### HARDIN'S BAKERY, INC.,
Plaintiff–Appellee,

v.

### RETAIL, WHOLESALE, AND DEPARTMENT STORE; UNION, AFL–CIO, and United Bakery and Confectionery Workers Union, Local No. 441, Defendants–Appellants.

No. 88–7469.

United States Court of Appeals,
Eleventh Circuit.

Jan. 17, 1990.

George C. Longshore, Birmingham, Ala., for defendants-appellants.

John K. Anderson, Kevin P. Hishta, Arnold & Anderson, Atlanta, Ga., for plaintiff-appellee.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON and COX, Circuit Judges.[*]

---

* Senior U.S. Circuit Judge Lewis R. Morgan has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc *with* oral argument during the week of June 11, 1990, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.